JOHN P. BUTLER, as Assignee of the THOMAS J. BRADY
COMPANY, Appellant, v. THE CITY OF NEW YORK,
Respondent.

*Butler* v. *City of New York*, 165 App. Div. 904, affirmed.
(Argued November 21, 1917; decided March 5, 1918.)

APPEAL from a judgment of the Appellate Division
cf the Supreme Court in the first judicial department,
entered November 19, 1914, affirming a judgment in

favor of defendant entered upon a verdict directed by the court in an action to recover for labor performed and materials furnished in building the Bronx Borough Court House under a public building contract. The defense was breach of contract in that plaintiff's assignor carried out the contract in a careless and unworkmanlike manner and unreasonably delayed the completion of the work so that the architect certified in writing to the president of the borough that the contract was unnecessarily and unreasonably delayed and that the time for the completion of the contract had expired, and that thereupon the president of the borough of The Bronx duly notified the contractor to discontinue all work, and that as a result, the contract was relet to another concern and its completion required great delay and more money to be spent by the city than was provided for under the original contract.

*William B. Ellison* and *Bruce Ellison* for appellant.

*Lamar Hardy, Corporation Counsel* (*E. Crosby Kindleberger, Terence Farley* and *R. Percy Chittenden* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Cuddeback, Hogan, Pound, McLaughlin and Andrews, JJ.